UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA,               )
                                        )
            Plaintiff,                  )        2:18-CV-00054-DCLC-CRW
                                        )
    vs.                                 )
                                        )
RICKY A.W. CURTIS,                      )
                                        )
            Defendant.                  )

## ORDER

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 47] which recommends that (1) Defendant be found in civil contempt for his failure to meet the obligations assumed under the Consent Order [Doc. 27]; (2) that Defendant be fined $100 per day for each day he fails to comply with the Consent Order beginning with entry of the order finding him to be in civil contempt; (3) that Defendant's fines be due and payable to the Clerk of Court every Friday; and (4) that the United States be ordered to submit an affidavit setting forth its requested attorneys fees and costs incurred in connection with the filing and prosecution of the Motion for Order to Show Cause [Doc. 34].

The United States filed a Second Motion for Order to Show Cause [Doc. 34] in this matter requesting that the Court order Defendant to show cause as to why he should not be held in contempt of the District Court's Consent Order [Doc. 27] entered on July 14, 2025. That Order required, in part, that Defendant respond to the United States' discovery requests and file his outstanding income tax returns for the tax years 2013 to 2024. The Magistrate Judge held multiple hearings from December 2025 through February 2026 to permit Defendant opportunities to come into compliance with the Consent Order. *See* [Doc. 47, pgs. 2–4]. At the February 24, 2026,

hearing, the Magistrate Judge found that Defendant was still not in compliance with the Consent Order and was unable to meet his burden to show in detail why he has been unable to comply with the Court's orders. *Id.* at 4–6. The R&R therefore recommends that the Court enforce civil contempt sanctions against Defendant.

The United States requested that Defendant be fined $250 per day for each day he fails to comply with the Consent Order. *Id.* at 6–7. The Magistrate Judge found it more appropriate, however, to recommend a $100 per day fine to incentivize compliance but at an amount so that the cost of compliance is not impossible to meet. The United States also asserted that it is entitled to attorneys' fees and costs as a second type of civil contempt fine and the Magistrate Judge found the request to be reasonable and in keeping with the applicable law. *Id.* at 7 (citing *United States v. Bayshore Assocs., Inc.*, 934 F.2d 1391, 1400 (6th Cir. 1991)).

The report and recommendation advised that objections to it must be filed within 14 days and that failure to do so would forfeit any right to appeal. [Doc. 47, pg. 8 n.1]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."). Neither party objected to the Report and Recommendation.

The Court finds that the parties' failure to object is a procedural default, waiving review of the magistrate judge's findings by this Court. It is well established in the Sixth Circuit that "a party shall file objections with the district court or else waive right to appeal." *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). The Court therefore **ACCEPTS IN WHOLE** the R&R [Doc. 47] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the

2

reasons in the R&R, which the Court adopts and incorporates into this Order, the United States' Motion for Order to Show Cause [Doc. 34] is **GRANTED IN PART** and it is hereby **ORDERED**:

1. Defendant shall be held in civil contempt for his failure to meet the obligations assumed under the Consent Order [Doc. 27];

2.  Defendant shall be fined $100 per day for each day he fails to comply with the Consent Order [Doc. 27] beginning with the date of the entry of this Order;

3. Defendant's fines shall be due and payable to the Clerk of Court every Friday until Defendant fully complies with his obligations under the Consent Order [Doc. 27]; and

4. The United States shall submit an affidavit setting forth its requested attorney fees and costs by **September 7, 2026** so that it can then be awarded all reasonable fees and costs incurred in conjunction with the filing and prosecution of the Motion for Order to Show Cause [Doc. 34].

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge